IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VECAS VERLEY WAUGH, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-631

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 6, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Nancy A. Daniels, Public Defender, Glenna Joyce Reeves, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, Samuel Steinberg, Assistant Attorney General, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., WOLF, and B.L. THOMAS, JJ., CONCUR.